JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

THIS MATTER RELATES TO: Grand Jury Telecommunication Facilities



STANDING ORDER

M-10-468 (CM)

20 MISC 0168

WHEREAS, the President of the United States has declared a national emergency, and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state in response to the spread of the coronavirus and COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised the taking of precautions to reduce the possibility of exposure to the virus and slow the spread of the disease;

NOW, THEREFORE in order to protect the public health and the health of grand jurors, to reduce the size of gatherings otherwise essential to the administration of justice, and to reduce unnecessary travel, the United States District Court for the Southern District of New York hereby issues the following order:

Upon advice to grand jurors from the United States Attorney's Office that suitable space and telecommunications facilities have been arranged, grand jurors from Westchester and the upper counties who would otherwise travel into Manhattan for grand jury service are authorized to convene in designated space in The Hon. Charles L. Brieant Jr. Courthouse in White Plains and to participate in deliberations with members of their grand jury who have convened in the Thurgood Marshall United States Courthouse at 40 Foley Square in Manhattan on all matters brought before the grand jury, with the number of grand jurors convening in the White Plains Courthouse to be counted in establishing a quorum for that grand jury.

SO ORDERED.

Dated:   March 20, 2020
         New York, New York

COLLEEN McMAHON
Chief United States District Judge